**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-8039**
_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

       v.

AVA RAMEY,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, Senior District Judge.
(8:12-cr-00309-RWT-1)

_____

Submitted:  February 25, 2016       Decided:  March 2, 2016

_____

Before SHEDD and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Ava Ramey, Appellant Pro Se. Gregory P. Bailey, UNITED STATES
DEPARTMENT OF JUSTICE, Washington, D.C.; Sujit Raman, Assistant
United States Attorney, Greenbelt, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ava Ramey seeks to appeal the district court's order denying her Fed. R. Civ. P. 60(b) motion for reconsideration of the district court's order denying relief on her 28 U.S.C. § 2255 (2012) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2012). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2012). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85.

We have independently reviewed the record and conclude that Ramey has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED